IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 3:05cr89/LAC

GREGORY CAMPBELL,
_____/

### PRELIMINARY AND FINAL ORDER OF FORFEITURE AS TO DEFENDANT GREGORY CAMPBELL

WHEREAS, in the Indictment in the above-entitled action, the United States sought the criminal forfeiture from defendant, **GREGORY CAMPBELL**, pursuant to Title 21, United States Code, Section 853(A)(1) and (2), and Title 21, United States Code, Section 846, as property constituting, or derived from, proceeds obtained directly or indirectly from the violations set forth in Count I of said Superseding Indictment and/or property used or intended to be used to commit or promote the commission of the offenses set forth in Count I of said Superseding Indictment, to wit: that the defendant did unlawfully combine, conspire, confederate and agree with other persons to distribute and to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, Sections 841 and 846;

AND WHEREAS, on or about October 27, 2005, defendant, **GREGORY CAMPBELL,** entered a plea of guilty to Count I and agreed to the forfeiture set forth in said Superseding Indictment with regard to defendant's interest in said property;

FILED IN OPEN COURT THIS
1/17/06
CLERK, U. S. DISTRICT
COURT, NORTH DIST. FLA.

AND WHEREAS, by virtue of said guilty plea, the United States is now entitled to entry of a preliminary and final order of forfeiture against all of defendant's interest in said property, pursuant to Title 21, United States Code, Section 853(a)(1) and (2) and Rule 32(d)(2) and 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

IT IS HEREBY ORDERED:

1. That all of defendant **GREGORY CAMPBELL'S,** right and interest in the property described below is hereby forfeited to and vested in the United States of America. The property which is subject to forfeiture in this Order is as follows:

**A.)    2004 FORD F-150 PICK UP TRUCK VIN NO: 1FTRW12W74KB56916**

2. That the United States is hereby authorized to assume custody and control of the above-described property, to be held by the United States Marshals Service in its secure custody and control. The United States if further authorized dispose of said property in accordance with law or further Order of this Court.

IT IS SO ORDERED this 17 day of Jan, 2006.

_____
LACEY A. COLLIER
UNITED STATES DISTRICT JUDGE