**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

v. **Case No. 3:05cr89/LAC**

**GREGORY CAMPBELL,**
______________________________/

**FINAL ORDER OF FORFEITURE AS TO ALL PERSONS OR ENTITIES**

WHEREAS, on January 17, 2006, the Court entered a Preliminary And Final Order of Forfeiture As To Defendant **GREGORY CAMPBELL,** pursuant to the provisions of Title 21, United States Code, Section 853(a)(1) and (2), and 846, based upon the defendant's guilty plea to Count I of the Superseding Indictment in this action, and his consent to the forfeiture of all assets used or derived from said conduct;

AND WHEREAS, the United States caused to be published a Notice of Forfeiture and Planned Disposition in the Pensacola News Journal March 17, 2006, and of the intent of the United States to dispose of the vehicle in accordance with Title 21, United States Code, Section 853(n), and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the vehicle.

AND WHEREAS, the United States provided actual written notice of the forfeiture and planned disposition to Telacy Rome on April 26, 2006 and to Niya Oni Hudson on April 26, 2006.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

06 JUL 31 AM 11: 16

FILED

AND WHEREAS, no claims or petitions, have been filed in this action, and the time for filing petitions expired on April 17, 2006, thirty (30) days after the last publication on March 17, 2006, pursuant to Title 21, United States Code, Section 853(n). Accordingly,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to all of the hereinafter described vehicle is hereby condemned, forfeited and vested in the United States of America.

2. That the vehicle which is subject to forfeiture in this Order is as follows:

**A.) 2004 FORD F-150 PICKUP TRUCK VIN NO.: 1FTRW12W74KB56916**

3. That no person or entity has established that they have any legal right, title or interest in said vehicle forfeited to the United States of America by Order entered on January17, 2006, and said forfeiture is now final.

4. That the United States Marshal shall dispose of said vehicle in accordance with law.

IT IS SO ORDERED this 31st day of July, 2006.

LACEY A. COLLIER
UNITED STATES DISTRICT JUDGE