IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

vs.                                          3:05cr89/LAC/MD

GREGORY CAMPBELL,
                    Defendants.

_____

## REPORT AND RECOMMENDATION

This cause is before the court upon defendant Campbell's motion to withdraw motion to vacate and set aside sentence. (Doc. 194). Although he offers no reason for his motion to withdraw, he is not required to, and his motion should therefore be granted.

Accordingly, it is respectfully RECOMMENDED:

That defendant's motion to withdraw (doc. 194) be granted and his § 2255 case be dismissed without prejudice.

At Pensacola, Florida, this 28th day of February, 2007.


/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).**