IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                    Case No.:    3:05cr89/LAC/MD

GREGORY CAMPBELL
_____

ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on February 28, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The defendant's motion to withdraw (doc. 194) is granted and his § 2255 case is dismissed without prejudice.

DONE AND ORDERED this 3rd day of April, 2007.

                                            s/L.A. Collier
                                            LACEY A. COLLIER
                                            SENIOR UNITED STATES DISTRICT JUDGE