IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                     Case Nos.: 3:05cr89/LAC/EMT
                                                              3:19cv4834/LAC/EMT
GREGORY CAMPBELL
_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated December 11, 2019 (ECF No. 222). The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of the timely filed objections.

Having considered the Report and Recommendation and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence" (ECF No. 221) is summarily **DENIED and DISMISSED** as untimely.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 7th day of January, 2020.


s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**